John A. Girardi (State Bar No. 54917)
(jgirardi@girardikeese.com)
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

John J. Vecchione (admitted *pro hac vice*)
(jvecchione@valadlaw.com)
JOHN J. VECCHIONE LAW, PLLC
3863 Plaza Drive
Fairfax, VA 22030
Telephone: (703) 352-4800
Facsimile: (703) 352-4820

Attorneys for Plaintiff
ADRIANN GEORGES

[Plaintiff's Additional Counsel and Defendant's Counsel Listed on Next Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANN GEORGES,<br><br>Plaintiff,<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 2:06-cv-05207-SJO-VBK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

ADDITIONAL COUNSEL:

Richard A. Clark (State Bar No. 39558)
(rclark@pmcos.com)
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN, APC
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6500
Facsimile: (213) 683-6669

Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Gregory S. Chernack (admitted *pro hac vice*)
(gchernack@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Attorneys for Defendant NOVARTIS PHARMACEUTICALS CORPORATION

Thomas E. Rubbert
(rubbertlaw@aol.com)
THOMAS E. RUBBERT LAW OFFICES
790 East Colorado Blvd., 9th Floor
Pasadena, CA 91101
Telephone: 626-793-2773

Attorney for Plaintiff
ADRIANN GEORGES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their respective counsel of record, stipulate that this lawsuit hereby is voluntarily dismissed with prejudice as to all claims, with each party to bear her/its own costs and fees associated with this lawsuit.

Date: April 20, 2015

Respectfully submitted,

/s/ John A. Girardi
John A. Girardi (State Bar No. 54917)
(jgirardi@girardikeese.com)
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorney for Plaintiff Adriann Georges*

/s/ Katharine R. Latimer
Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorney for Defendant Novartis Pharmaceuticals Corporation*